## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                 **Plaintiff**

**v.**                             **Case No.: 4:20−cr−00053−BSM**

**Stephen Edward Rucker, II**                                                                **Defendant**

---

## NOTICE OF HEARING

    PLEASE take notice that the Change of Plea Hearing has been rescheduled in this case for May 3, 2022, at 01:30 PM before Judge Brian S. Miller in Little Rock Courtroom # 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** March 18, 2022                                     AT THE DIRECTION OF THE COURT
                                                             TAMMY H. DOWNS, CLERK

                                                             **By:** Laura J. Bichlmeier, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas